UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLIFFORD WAYNE MILLER,<br><br>　　　　　　　Petitioner,<br>　　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00673-MMD-WGC<br><br>ORDER |

Petitioner filed a motion for extension of time. (ECF No. 14.) The Court finds good cause to grant the motion.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 14) is granted. The Federal Public Defender has until February 24, 2020, to either undertake direct representation of Petitioner or file a notice indicating that it is unable to do so.

DATED THIS 7th day of February 2020.

							_____
							MIRANDA M. DU
							CHIEF UNITED STATES DISTRICT JUDGE