UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLIFFORD WAYNE MILLER,<br><br>                  Petitioner,<br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                  Respondents. | Case No. 3:19-cv-00673-MMD-WGC<br><br>ORDER |

Currently before the Court is Petitioner Clifford Wayne Miller's motion for leave to file third amended petition. (ECF No. 22.) Respondents do not oppose this request. (ECF No. 23.) Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and the Scheduling Order (ECF No. 17), the Court finds that leave to amend is appropriate.

It is therefore ordered that Miller's motion for leave to file third amended petition (ECF No. 22) is granted. Petitioner has until May 26, 2020, to file his amended pleading. All other instructions and deadlines stated in the Scheduling Order (ECF No. 17) remain in effect.

DATED THIS 6th day of April 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE