UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLIFFORD WAYNE MILLER,<br><br>　　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00673-MMD-WGC<br><br>ORDER |

Good cause appearing, it is hereby ordered that Respondents' unopposed first Motion for Enlargement of Time (ECF No. 33) is granted. Respondents have until March 22, 2021, to answer or otherwise respond to the third amended petition for writ of habeas corpus in this case.

DATED THIS 26th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE