UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CLIFFORD W. MILLER, | Case No. 3:19-cv-00673-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Before the Court is Respondents' unopposed motion to extend time (second request) (ECF No. 35) to respond to Petitioner Clifford W. Miller's third amended petition for a writ of habeas corpus (ECF No. 29). Good cause appearing, it is hereby ordered that Respondents' motion is granted. (ECF No. 35.) Respondents have until May 21, 2021, to answer or otherwise respond to the third amended petition for writ of habeas corpus.

DATED THIS 14th Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE