# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLIFFORD W. MILLER, | Case No. 3:19-cv-00673-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Clifford W. Miller, represented by appointed counsel, filed a third amended habeas petition on November 23, 2020. (ECF No. 29.) After two extensions of time (ECF Nos. 34, 36), Respondents were due to file a response to the third amended petition by May 21, 2021.

On May 21, 2021, Respondents filed a third motion for extension of time (ECF No. 37), requesting a three-day extension to June 4, 2021, to file their response to the third amended petition. Petitioner does not oppose the motion for extension of time. The Court finds the motion for extension of time is made in good faith and not solely for the purpose of delay. Good cause appearing, it is hereby ordered that Respondents' unopposed third motion for enlargement of time (ECF No. 37) is granted. Respondents have until June 4, 2021, to answer or otherwise respond to the third amended petition for writ of habeas Corpus (ECF No. 29) in this case.

DATED THIS 1st Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE