UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CLIFFORD W. MILLER, | Case No. 3:19-cv-00673-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Respondents have moved for an extension of time to file their response to Petitioner Clifford W. Miller's third amended petition for writ of habeas corpus. (ECF No. 88.) The Court finds that the request is made in good faith and not solely for the purposes of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 88) is granted. Respondents have until January 26, 2022, to answer or otherwise respond to the third amended petition for writ of habeas corpus (ECF No. 29).

DATED THIS 12th Day of January 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE