UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CLIFFORD W. MILLER, | Case No. 3:19-cv-00673-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed their second request for an extension of time (ECF No. 91) to answer or otherwise respond to Petitioner Clifford W. Miller's Third Amended Petition for writ of habeas corpus (ECF No. 29). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 91) is granted. Respondents have until February 25, 2022, to answer or otherwise respond to the third amended petition for writ of habeas corpus (ECF No. 29) in this case.

DATED THIS 3rd Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE