UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLIFFORD W. MILLER, | Case No. 3:19-cv-00673-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Respondents moved for an extension of time (fourth request) to file their answer to Petitioner Clifford W. Miller's Third Amended Petition for habeas corpus. (ECF No. 95.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed fourth motion for enlargement of time (ECF No. 95) is granted. Respondents have until April 7, 2022, to answer or otherwise respond to the Third Amended Petition (ECF No. 29) in this case.

DATED THIS 7th Day of April 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE