UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLIFFORD W. MILLER, | Case No. 3:19-cv-00673-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

Respondents have filed their sixth motion for enlargement of time (ECF No. 98) to answer or otherwise respond to Olsen's third amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 98) is granted. Respondents have until April 21, 2022, to answer or otherwise respond to the third amended petition for writ of habeas corpus (ECF No. 29) in this case. It is further ordered that Respondents' fifth motion for enlargement of time (ECF No. 97) is denied as moot.

DATED THIS 18th Day of April 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE