UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CLIFFORD W. MILLER,

                               Petitioner,

    v.

KYLE OLSEN, *et al.*,

                              Respondents.

Case No. 3:19-cv-00673-MMD-CSD

ORDER

In this habeas corpus action, Respondents moved for a one-day extension of time (ECF No. 100) to file their answer to the Third Amended Petition for writ of habeas corpus (ECF No. 29). The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' seventh motion for enlargement of time (ECF No. 100) is granted *nunc pro tunc*.

DATED THIS 11th Day of May 2022.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE