1
2
3                          UNITED STATES DISTRICT COURT
4                               DISTRICT OF NEVADA
5                                      * * *
6    CLIFFORD W. MILLER,                   Case No. 3:19-cv-00673-MMD-WGC
7                          Petitioner,                 ORDER
         v.
8
     KYLE OLSEN, et al.,
9
                          Respondents.
10

11          Petitioner Clifford Miller seeks an extension of time to file his reply in support of his

12   First Amended Petition for writ of habeas corpus. (ECF No. 104.) The Court finds that the

13   request is made in good faith and not solely for the purpose of delay, and therefore, good

14   cause exists to grant Petitioner's motion.

15          It is therefore ordered that Petitioner's unopposed first motion for enlargement of

16   time (ECF No. 104) is granted. Petitioner has until August 19, 2022, to file his reply.

17          DATED THIS 22nd Day of June 2022.

18
19                                         _____
20                                         MIRANDA M. DU
                                           CHIEF UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28