UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| CLIFFORD W. MILLER,<br><br>                          Petitioner,<br>       v.<br><br>KYLE OLSEN, *et al.*,<br><br>                          Respondents. | Case No. 3:19-cv-00673-MMD-CSD<br><br>ORDER |

Petitioner Clifford W. Miller has filed an unopposed motion ("Motion") seeking an extension of time (second request) to file his reply in support of his Third Amended Petition for writ of habeas corpus. (ECF No. 106.) The Court finds that the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant the Motion.

It is therefore ordered that Miller's unopposed motion for extension of time (ECF No. 106) is granted. Miller will have until October 3, 2022, to file his reply.

DATED THIS 22nd Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE